UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                               Criminal No. 12-268(2) (JNE/JSM)
                                               ORDER

Quentin Graham,

        Defendant.

In a Report and Recommendation dated March 25, 2013, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Quentin Graham's Motion for Suppression of Electronic Surveillance and Wiretapping be denied as moot, Motion for Suppression of Evidence Obtained as a Result of Search and Seizure be denied, and Motion to Suppress Admissions or Confessions be denied as moot. No objections to the Report and Recommendation have been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 78]. Therefore, IT IS ORDERED THAT:

1. Graham's Motion for Suppression of Electronic Surveillance and Wiretapping [Docket No. 48] is DENIED AS MOOT.

2. Graham's Motion for Suppression of Evidence Obtained as a Result of Search and Seizure [Docket No. 49] is DENIED.

3. Graham's Motion to Suppress Admissions or Confessions [Docket No. 50] is DENIED AS MOOT.

Dated: April 5, 2013

                                                       s/Joan N. Ericksen
                                                       JOAN N. ERICKSEN
                                                       United States District Judge